In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v CITY OF NEW YORK et al., Appellants.

Submitted April 30, 2007; decided May 3, 2007

Motion by Nassau County for leave to file a brief amicus curiae on the appeal herein denied as untimely (*see* Rules of Prac of Ct of Appeals [22 NYCRR] § 500.23).